UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVER SUPPLY, INCORPORATED,<br><br>Plaintiff.<br><br>v.<br><br>ORACLE AMERICA, INC., et al.,<br><br>Defendants. | Case No. 23-cv-02981-LB<br><br>**NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE** |

The complaint in this action was filed on June 16, 2023. Under General Order 44, this case has been assigned to Magistrate Judge Laurel Beeler to conduct all proceedings and to order the entry of final judgment upon the consent of all parties. Defendant filed a Motion to Dismiss and Strike First Amended Complaint. The parties must file a signed consent to the jurisdiction of the magistrate judge before Magistrate Judge Beeler can consider the merits of the case or a motion filed by either party. Accordingly, the parties must sign and electronically file the attached Consent or Declination to Magistrate Judge Jurisdiction within **seven calendar days**. Any party is free to withhold consent without substantive consequences. If the parties do not consent, the case will be randomly assigned to a district judge of this court.

Dated: July 20, 2023

Mark B. Busby
Clerk, United States District Court

By: _____
Elaine Kabiling, Deputy Clerk

ORDER (No. 23-cv-02981-LB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVER SUPPLY, INCORPORATED,<br><br>Plaintiff.<br><br>v.<br><br>ORACLE AMERICA, INC., et al.,<br><br>Defendants. | Case No. 23-cv-02981-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( X )   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

(  )   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:   August 1, 2023          NAME:  Peter K. Chu

COUNSEL FOR (OR "PRO SE"):   Vend Limited and Lightspeed Commerce, Inc.

*[signature]*
Signature

ORDER (No. 23-cv-02981-LB)            2