1 BASSFORD REMELE, P.A.
BRYCE D. RIDDLE (SBN #309533)
2 100 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402
3 Telephone:   612.333.3000
Facsimile: 612.333.8829
4 Email: briddle@bassford.com

5 Attorneys for Defendant
SPS COMMERCE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER SUPPLY, INCORPORATED, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; NETSUITE, INC., a Delaware corporation; SPS COMMERCE, INC., a Delaware corporation; VEND LIMITED, a New Zealand corporation; LIGHTSPEED COMMERCE, INC., a Canadian corporation; APPFICIENCY, INC., a Canadian corporation; and Does 1 through 100,<br><br>Defendants. | CASE No.: 3:23-cv-02981-LB<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT** |

WHEREAS, on June 16, 2023, Plaintiff River Supply, Inc.("RSI") filed the Complaint against Defendant SPS Commerce, Inc. ("SPS") and other named defendants in this action;

WHEREAS, on June 18, 2023, RSI filed a First Amended Complaint in this action;

WHEREAS, on July 25, 2023, RSI served SPS's registered agent with a Summons and a copy of the First Amended Complaint; and

WHEREAS, RSI and SPS now agree to extend the time period for SPS to answer or otherwise respond to the First Amended Complaint to allow the parties more time to explore an early resolution.

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, that:

1. The deadline for Defendant SPS Commerce, Inc. to answer or otherwise respond to the First Amended Complaint is extended to August 30, 2023.

**IT IS SO STIPULATED**.

Dated:  August 15, 2023       TACTICAL LAW GROUP, LLP

By: /s/ *Pamela K. Fulmer*
    Pamela K. Fulmer

Attorneys for Plaintiff
RIVER SUPPLY, INC.

Dated:  August 15, 2023       BASSFORD REMELE, P.A.

By: */s/ Bryce D. Riddle*
    Bryce D. Riddle

Attorneys for Defendant
SPS COMMERCE, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela K. Fulmer.

*/s/ Bryce D. Riddle*