1  BASSFORD REMELE, P.A.
   BRYCE D. RIDDLE (SBN #309533)
2  100 South Fifth Street, Suite 1500
   Minneapolis, Minnesota 55402
3  Telephone:   612.333.3000
   Facsimile: 612.333.8829
4  Email: briddle@bassford.com

5  Attorneys for Defendant
   SPS COMMERCE, INC.
6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  RIVER SUPPLY, INCORPORATED, a          CASE No.:  3:23-cv-02981-LB
    Pennsylvania corporation,
13
                    Plaintiff,             **THIRD STIPULATION TO EXTEND**
14                                         **DEADLINE TO ANSWER COMPLAINT**
         v.
15
    ORACLE AMERICA, INC., a Delaware
16  corporation; NETSUITE, INC., a Delaware
    corporation; SPS COMMERCE, INC., a
17  Delaware corporation; VEND LIMITED, a
    New Zealand corporation; LIGHTSPEED
18  COMMERCE, INC., a Canadian
    corporation; APPFICIENCY, INC., a
19  Canadian corporation; and Does 1 through
    100,
20
                    Defendants.
21

22        WHEREAS, on June 16, 2023, Plaintiff  River Supply, Inc.("RSI") filed the Complaint

23  against Defendant SPS Commerce, Inc. ("SPS") and other named defendants in this action;

24        WHEREAS, on June 18, 2023, RSI filed a First Amended Complaint in this

25
    action;
26

27        WHEREAS, on July 25, 2023, RSI served SPS's registered agent with a

28
    Summons and a copy of the First Amended Complaint;

WHEREAS, on August 15, 2023, RSI and SPS filed a stipulation to extend the time period for SPS to answer or otherwise respond to the First Amended Complaint until August 30, 2023, to allow the parties more time to explore an early resolution.

WHEREAS, RSI and SPS have been engaged in settlement discussions;

WHEREAS, on August 30, 2023, RSI and SPS filed a second stipulation to extend the time period for SPS to answer or otherwise respond to the First Amended Complaint until September 15, 2023, to allow the parties more time to finalize a settlement agreement;

WHEREAS, RSI and SPS have been actively negotiating a settlement agreement and release but need more time to finalize their agreement; and

WHEREAS, RSI and SPS now agree to extend the time period for SPS to answer or otherwise respond to the First Amended Complaint to allow the parties time to finalize a settlement agreement and stipulation for dismissal with prejudice.

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, that:

1. The deadline for Defendant SPS Commerce, Inc. to answer or otherwise respond to the First Amended Complaint is extended to September 29, 2023.

STIPULATION TO EXTEND DEADLINE TO ANSWER                                        CASE NO.:  3:23-cv-02981-LB

**IT IS SO STIPULATED**.

Dated:  September 15, 2023                    TACTICAL LAW GROUP, LLP

                                              By: _/s/ Pamela K. Fulmer_
                                                   Pamela K. Fulmer

                                              Attorneys for Plaintiff
                                              RIVER SUPPLY, INC.


Dated:  September 15, 2023                    BASSFORD REMELE, P.A.

                                              By: _/s/ Bryce D. Riddle_
                                                   Bryce D. Riddle

                                              Attorneys for Defendant
                                              SPS COMMERCE, INC.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela K. Fulmer.

                                    _/s/ Bryce D. Riddle_