1  Jura C. Zibas (SBN 217864)
   *Jura.Zibas@wilsonelser.com*
2  Peter K. Chu (SBN 251705)
   *Peter.Chu@wilsonelser.com*
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
6

7  Attorneys for Defendants
   Vend Limited & Lightspeed Commerce, Inc.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 RIVER SUPPLY, INC., a Pennsylvania )   Case No.: 3:23-cv-02981-LB
   corporation,                        )
13                                     )   Magistrate Judge Hon. Laurel Beeler
                                       )   Courtroom B
14                        Plaintiff,   )
                                       )
15 v.                                  )   **ANSWER TO PLAINTIFF'S FIRST**
                                       )   **AMENDED COMPLAINT BY**
16 ORACLE AMERICA, INC., a             )   **DEFENDANTS VEND LIMITED**
   Delaware corporation; NETSUITE,     )   **AND LIGHTSPEED COMMERCE**
17 INC., a Delaware corporation; SPS   )   **INC.**
   COMMERCE, INC., a Delaware          )
18 corporation; VEND LIMITED, a New    )
   Zealand corporation; LIGHTSPEED     )   **DEMAND FOR JURY TRIAL**
19 COMMERCE INC., a Canadian           )
   corporation; APPFICIENCY INC., a    )
20 Canadian corporation; and Does 1    )
   through 100.                        )
21                                     )
                                       )
22                        Defendants.  )

23

24        Defendants VEND LIMITED ("Vend") and LIGHTSPEED COMMERCE

25 INC ("Lightspeed"), with Vend and Lightspeed referred also, individually, as

26 "Answering Defendant" or, collectively, as "Answering Defendants," in answer to

27 First Amended Complaint ("FAC") by Plaintiff River Supply, Inc. ("Plaintiff" or

28 "RSI"), alleges as follows:

                                       1
**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND**
**LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

## INTRODUCTION

1.     Answering Paragraph 1 of FAC, said paragraph states unsupported conclusion of Plaintiff. To the extent a response to Paragraph 1 of FAC is required, each Answering Defendant denies the allegations therein.

2.     Answering Paragraph 2 of FAC, said paragraph states unsupported conclusion of Plaintiff. To the extent a response to Paragraph 2 of FAC is required, each Answering Defendant denies the allegations therein.

**Oracle's Fraudulent NetSuite SuiteSuccess Scheme**

3.     Answering Paragraph 3 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

4.     Answering Paragraph 4 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

5.     Answering Paragraph 5 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

6.     Answering Paragraph 6 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

7.     Answering Paragraph 7 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

8.     Answering Paragraph 8 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

9.     Answering Paragraph 9 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

10.     Answering Paragraph 10 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

11.   Answering Paragraph 11 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## JURISDICTION AND VENUE

12.   Answering Paragraph 12 of FAC, said paragraph states a conclusion of law, to which no response is required. Each Answering Defendant admits to the extent that 28 U.S.C. §1332 confers jurisdiction with a court based diversity of citizenship and 28 U.S.C. §1367 confers supplemental jurisdiction. Defendant denies any other factual allegations therein. Answering Defendants admits to the extent that Vend is a New Zealand corporation with its principal place of business in the Auckland and Lightspeed is a Canadian corporation with a principal place of business in Quebec, Canada. Each Answering Defendant denies any other allegations against each or both or them.

13.   Answering Paragraph 13 of FAC, Answering Paragraph 12 of FAC, said paragraph states a conclusion of law, to which no response is required. To the extent, a response is required, each Answering denies any allegation against each or both of them.

## THE PARTIES

14.   Answering Paragraph 14 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies all of the allegations contained therein.

15.   Answering Paragraph 15 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies all of the allegations

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

contained therein.

16.     Answering Paragraph 16 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies all of the allegations contained therein.

17.     Answering Paragraph 17 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies all of the allegations contained therein.

18.     Answering Paragraph 18 of FAC, each Answering Defendant admits to the extent only that Vend is a New Zealand corporation with its principal place of business in the Auckland and it provides point of sale and retail management system and is acquired by Lightspeed.

19.     Answering Paragraph 19 of FAC, each Answering Defendant admits to the extent only that Lightspeed is a Canadian corporation with a principal place of business in Quebec, Canada and it provides a retail POS system as a part of its business.

20.     Answering Paragraph 20 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

21.     Answering Paragraph 21 of FAC, said paragraph contains statement of law and does not require a response. To the extent a response is required, each Answering Defendant denies.

22.     Answering Paragraph 22 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

23. Answering Paragraph 23 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## GENERAL ALLEGATIONS

### NetSuite SaaS Solution

24. Answering Paragraph 24 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

25. Answering Paragraph 25 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

26. Answering Paragraph 26 of FAC, each Answering Defendant admits to the extent that its product integrate with NetSuite. Each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

27.    Answering Paragraph 27 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

28.    Answering Paragraph 28 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

29.    Answering Paragraph 29 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**RSI Decides to Seek One Integrated ERP Solution**

30.    Answering Paragraph 30 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

31.     Answering Paragraph 31 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Oracle's Pre-Contractual Representation Concerning the Suite Success Product**

32.     Answering Paragraph 32 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

33.     Answering Paragraph 33 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

34.     Answering Paragraph 34 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

35.     Answering Paragraph 35 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

8

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

36.     Answering Paragraph 36 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

37.     Answering Paragraph 37 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

38.     Answering Paragraph 38 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

39.     Answering Paragraph 39 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

40.     Answering Paragraph 40 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

41.     Answering Paragraph 41 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

42.     Answering Paragraph 42 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

43.     Answering Paragraph 43 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

44.     Answering Paragraph 44 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1   paragraph is alleged against the Answering Defendants, each Answering Defendant

2   denies such allegation.

3       45.    Answering Paragraph 45 of FAC, each Answering Defendant lacks

4   sufficient knowledge and information to form a belief as to the truth of the

5   allegations against other defendants in this action and on that basis denies all of the

6   allegations contained therein. Further, to the extent any allegation within this

7   paragraph is alleged against the Answering Defendants, each Answering Defendant

8   denies such allegation.

9       46.    Answering Paragraph 46 of FAC, each Answering Defendant lacks

10  sufficient knowledge and information to form a belief as to the truth of the

11  allegations against other defendants in this action and on that basis denies all of the

12  allegations contained therein. Further, to the extent any allegation within this

13  paragraph is alleged against the Answering Defendants, each Answering Defendant

14  denies such allegation.

15      47.    Answering Paragraph 47 of FAC, each Answering Defendant lacks

16  sufficient knowledge and information to form a belief as to the truth of the

17  allegations against other defendants in this action and on that basis denies all of the

18  allegations contained therein. Further, to the extent any allegation within this

19  paragraph is alleged against the Answering Defendants, each Answering Defendant

20  denies such allegation.

21      48.    Answering Paragraph 48 of FAC, each Answering Defendant lacks

22  sufficient knowledge and information to form a belief as to the truth of the

23  allegations against other defendants in this action and on that basis denies all of the

24  allegations contained therein. Further, to the extent any allegation within this

25  paragraph is alleged against the Answering Defendants, each Answering Defendant

26  denies such allegation.

27      49.    Answering Paragraph 49 of FAC, each Answering Defendant lacks

28  sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1    allegations against other defendants in this action and on that basis denies all of the
2    allegations contained therein. Further, to the extent any allegation within this
3    paragraph is alleged against the Answering Defendants, each Answering Defendant
4    denies such allegation.

5        50.    Answering Paragraph 50 of FAC, each Answering Defendant lacks
6    sufficient knowledge and information to form a belief as to the truth of the
7    allegations against other defendants in this action and on that basis denies all of the
8    allegations contained therein. Further, to the extent any allegation within this
9    paragraph is alleged against the Answering Defendants, each Answering Defendant
10   denies such allegation.

11                          **The DocuSign Agreements**

12       51.    Answering Paragraph 51 of FAC, each Answering Defendant lacks
13   sufficient knowledge and information to form a belief as to the truth of the
14   allegations against other defendants in this action and on that basis denies all of the
15   allegations contained therein. Further, to the extent any allegation within this
16   paragraph is alleged against the Answering Defendants, each Answering Defendant
17   denies such allegation.

18       52.    Answering Paragraph 52 of FAC, each Answering Defendant lacks
19   sufficient knowledge and information to form a belief as to the truth of the
20   allegations against other defendants in this action and on that basis denies all of the
21   allegations contained therein. Further, to the extent any allegation within this
22   paragraph is alleged against the Answering Defendants, each Answering Defendant
23   denies such allegation.

24       53.    Answering Paragraph 53 of FAC, each Answering Defendant lacks
25   sufficient knowledge and information to form a belief as to the truth of the
26   allegations against other defendants in this action and on that basis denies all of the
27   allegations contained therein. Further, to the extent any allegation within this
28   paragraph is alleged against the Answering Defendants, each Answering Defendant

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

denies such allegation.

54.    Answering Paragraph 54 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

### OAI's Hidden Agreements and RSI's Lack of Consent

55.    Answering Paragraph 55 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

56.    Answering Paragraph 56 of FAC, each Answering Defendant admits to the extent that its product integrate with NetSuite. Each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

57.    Answering Paragraph 57 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

///

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

### Oracle's Material Breaches, Performance Failure and Fraud

58.   Answering Paragraph 58 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

59.   Answering Paragraph 59 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

60.   Answering Paragraph 60 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

61.   Answering Paragraph 61 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

### Oracle Failed to Adequately Manage the Project

62.   Answering Paragraph 62 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Point of Sale ("POS") Functionality**

63.     Answering Paragraph 63 of FAC, each Answering Defendant admits to the extent that Vend has worked with Oracle successfully. To the balance of the allegations in said paragpraph, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

64.     Answering Paragraph 64 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

65.     Answering Paragraph 65 of FAC, each Answering Defendant admits to the extent that Lightspeed acquired Vend. To the balance of the allegations in sad paragraph, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Payment Processing Solutions**

66.     Answering Paragraph 66 of FAC, each Answering Defendant lacks

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

67. Answering Paragraph 67 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## EDI and Connectors

68. Answering Paragraph 68 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

69. Answering Paragraph 69 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

70. Answering Paragraph 70 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

71.     Answering Paragraph 71 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

72.     Answering Paragraph 72 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

73.     Answering Paragraph 73 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

74.     Answering Paragraph 74 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

75.     Answering Paragraph 75 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Material Job Costing and & Project Management Tasks and Assignments**

76.     Answering Paragraph 76 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

77.     Answering Paragraph 77 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

78.     Answering Paragraph 78 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Oracle Begins Claiming That Promised Features Are Out of Scope and**
**Demanding Expensive Change Orders**

79.     Answering Paragraph 79 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

80.   Answering Paragraph 80 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

81.   Answering Paragraph 81 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**Oracle Has an Unfair Business Practice of Bidding the Project Low with the Intention of Inflating the Contract Price Through Change Orders**

82.   Answering Paragraph 82 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

83.   Answering Paragraph 83 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

denies such allegation.

84.     Answering Paragraph 84 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

85.     Answering Paragraph 85 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

86.     Answering Paragraph 86 of FAC, each Answering Defendant admits to the extent that its product integrate with NetSuite. Each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

87.     Answering Paragraph 87 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

88.     Answering Paragraph 88 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

89.     Answering Paragraph 89 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## FIRST CAUSE OF ACTION
### (Fraud in the Inducement and Promissory Fraud)
**(Against Oracle)**

90.     Answering Paragraph 90 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

91.     Answering Paragraph 91 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

92.     Answering Paragraph 92 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

93.   Answering Paragraph 93 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

94.   Answering Paragraph 94 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

95.   Answering Paragraph 95 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

96.   Answering Paragraph 96 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

97.   Answering Paragraph 97 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## SECOND CAUSE OF ACTION

### (Fraud in the Inducement and Promissory Fraud)

### (Against Oracle)

98.    Answering Paragraph 98 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

99.    Answering Paragraph 99 of FAC, each Answering Defendant admits to the extent that Vend provided an on-site demo. To the balance of the allegations in said paragraph each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

100.   Answering Paragraph 100 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

101.   Answering Paragraph 101 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

102.   Answering Paragraph 102 of FAC, each Answering Defendant lacks

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

103.   Answering Paragraph 103 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

104.   Answering Paragraph 104 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## THIRD CAUSE OF ACTION

### (Negligent Misrepresentation)

### (Against Oracle)

105.   Answering Paragraph 105 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

106.   Answering Paragraph 106 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1   denies such allegation.

2       107.   Answering Paragraph 107 of FAC, each Answering Defendant lacks

3   sufficient knowledge and information to form a belief as to the truth of the

4   allegations against other defendants in this action and on that basis denies all of the

5   allegations contained therein. Further, to the extent any allegation within this

6   paragraph is alleged against the Answering Defendants, each Answering Defendant

7   denies such allegation.

8       108.   Answering Paragraph 108 of FAC, each Answering Defendant lacks

9   sufficient knowledge and information to form a belief as to the truth of the

10  allegations against other defendants in this action and on that basis denies all of the

11  allegations contained therein. Further, to the extent any allegation within this

12  paragraph is alleged against the Answering Defendants, each Answering Defendant

13  denies such allegation.

14      109.   Answering Paragraph 109 of FAC, each Answering Defendant lacks

15  sufficient knowledge and information to form a belief as to the truth of the

16  allegations against other defendants in this action and on that basis denies all of the

17  allegations contained therein. Further, to the extent any allegation within this

18  paragraph is alleged against the Answering Defendants, each Answering Defendant

19  denies such allegation.

20      110.   Answering Paragraph 110 of FAC, each Answering Defendant lacks

21  sufficient knowledge and information to form a belief as to the truth of the

22  allegations against other defendants in this action and on that basis denies all of the

23  allegations contained therein. Further, to the extent any allegation within this

24  paragraph is alleged against the Answering Defendants, each Answering Defendant

25  denies such allegation.

26      111.   Answering Paragraph 111 of FAC, each Answering Defendant lacks

27  sufficient knowledge and information to form a belief as to the truth of the

28  allegations against other defendants in this action and on that basis denies all of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

112.   Answering Paragraph 112 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## FOURTH CAUSE OF ACTION
### (Negligent Misrepresentation)
### (Against Oracle, Vend and Lightspeed)

113.   Answering Paragraph 113 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

114.   Answering Paragraph 114 of FAC, Vend admits to the extent it provided an onsite demo. For the balance of the allegations in said paragraph, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

115.   Answering Paragraph 115 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

116.   Answering Paragraph 116 of FAC, Vend admits to the extent that I has superior knowledge of its software and its ability to customize, configure, and implement its software. For the balance of the allegations in said paragraph, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

117.   Answering Paragraph 117 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

118.   Answering Paragraph 118 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation including any allegation on damages including punitive damages.

119.   Answering Paragraph 119 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

120.   Answering Paragraph 120 of FAC, each Answering Defendant lacks

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation, including any allegation on damages including punitive damages.

## FIFTH CAUSE OF ACTION

### (Breach of Contract)

### (Against OAI)

121. Answering Paragraph 121 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

122. Answering Paragraph 122 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

123. Answering Paragraph 123 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

124. Answering Paragraph 124 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

125.   Answering Paragraph 125 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

126.   Answering Paragraph 126 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## SIXTH CAUSE OF ACTION

### (Breach of Warranty)

### (Against Oracle)

127.   Answering Paragraph 127 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

128.   Answering Paragraph 128 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

129.   Answering Paragraph 129 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

130. Answering Paragraph 130 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

131. Answering Paragraph 131 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

132. Answering Paragraph 132 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

133. Answering Paragraph 133 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

**(SEVENTH CAUSE OF ACTION)**

**(Breach of Warranty)**

**(Against SPS)**

134.   Answering Paragraph 134 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

135.   Answering Paragraph 135 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

**EIGHTH CAUSE OF ACTION**

**(Breach of the Implied Covenant of Good Faith & Fair Dealing)**

**(Against OAI)**

136.   Answering Paragraph 136 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

137.   Answering Paragraph 137 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

138.   Answering Paragraph 138 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

139.   Answering Paragraph 139 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

140.   Answering Paragraph 140 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## NINTH CAUSE OF ACTION

### (Penal Code Section 496)

### (Against Oracle)

141.   Answering Paragraph 141 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

142.   Answering Paragraph 142 of FAC, said paragraph contains statement of law, which does not require a response. To that extent a response is required, each Answering Defendant denies.

143.   Answering Paragraph 143 of FAC, said paragraph contains statement of law, which does not require a response. To that extent a response is required, each Answering Defendant denies.

144.   Answering Paragraph 144 of FAC, said paragraph contains statement of law, which does not require a response. To that extent a response is required, each

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

Answering Defendant denies.

145.   Answering Paragraph 145 of FAC, said paragraph contains statement of law, which does not require a response. To that extent a response is required, each Answering Defendant denies.

146.   Answering Paragraph 146 of FAC, each Answering Defendant admits to the extent that its product integrate with NetSuite. Each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any other allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

147.   Answering Paragraph 147 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

## **TENTH CAUSE OF ACTION**

### **(Violation of Business & Professions Code § 17200 et. seq.)**

### **(Against OAI, NetSuite, Vend, Lightspeed, SPS, and AppFiciency)**

148.   Answering Paragraph 148 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

149.   Answering Paragraph 149 of FAC, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

150.   Answering Paragraph 150 of FAC, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

Defendant denies such allegation.

151. Answering Paragraph 151 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

152. Answering Paragraph 152 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation.

153. Answering Paragraph 153 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations against other defendants in this action and on that basis denies all of the allegations contained therein. Further, to the extent any allegation within this paragraph is alleged against the Answering Defendants, each Answering Defendant denies such allegation. Each Answer Defendant denies that Plaintiff is entitled to any injunctive relief or restitution.

## ELEVENTH CAUSE OF ACTION

### (Declaratory Relief)

### (Against Oracle)

154. Answering Paragraph 154 of FAC, each Answering Defendant realleges and incorporates by reference all foregoing paragraphs as though fully set forth in full herein.

155. Answering Paragraph 155 of FAC, each Answering Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1  allegations against other defendants in this action and on that basis denies all of the
2  allegations contained therein. Further, to the extent any allegation within this
3  paragraph is alleged against the Answering Defendants, each Answering Defendant
4  denies such allegation.

5  156. Answering Paragraph 156 of FAC, each Answering Defendant lacks
6  sufficient knowledge and information to form a belief as to the truth of the
7  allegations against other defendants in this action and on that basis denies all of the
8  allegations contained therein. Further, to the extent any allegation within this
9  paragraph is alleged against the Answering Defendants, each Answering Defendant
10  denies such allegation.

11  157. Answering Paragraph 157 of FAC, each Answering Defendant lacks
12  sufficient knowledge and information to form a belief as to the truth of the
13  allegations against other defendants in this action and on that basis denies all of the
14  allegations contained therein. Further, to the extent any allegation within this
15  paragraph is alleged against the Answering Defendants, each Answering Defendant
16  denies such allegation.

17  158. Answering Paragraph 158 of FAC, each Answering Defendant lacks
18  sufficient knowledge and information to form a belief as to the truth of the
19  allegations against other defendants in this action and on that basis denies all of the
20  allegations contained therein. Further, to the extent any allegation within this
21  paragraph is alleged against the Answering Defendants, each Answering Defendant
22  denies such allegation.

23  159. Answering Paragraph 159 of FAC, each Answering Defendant lacks
24  sufficient knowledge and information to form a belief as to the truth of the
25  allegations against other defendants in this action and on that basis denies all of the
26  allegations contained therein. Further, to the extent any allegation within this
27  paragraph is alleged against the Answering Defendants, each Answering Defendant
28  denies such allegation.

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND
LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1

## PRAYER FOR RELIEF

2        Plaintiff's PRAYER FOR RELIEF does not require a response. Each

3  Answering Defendant denies any and all factual allegation against the Answering

4  Defendants thereunder.

5

## DEFENSES

6        In further answer to FAC, each Answering Defendant asserts the following

7  separate defenses and factual support for each defense on information and belief. By

8  alleging the separate defenses set forth below, each Answering Defendant intends

9  no alteration of the burden of proof and/or burden of going forward with evidence

10  which otherwise exists with respect to any particular issue at law or in equity.

11  Furthermore, all such defenses are pled in the alternative, and do not constitute an

12  admission of liability or that Plaintiff is entitled to any relief whatsoever. each

13  Answering Defendant reserves the right to assert additional facts and to raise

14  additional defenses as they become known to it through discovery or investigation.

15

### FIRST DEFENSE

16       1.    Plaintiff's claims are barred in whole or in part against Answering

17  Defendants because Plaintiff has failed to state a claim for any of its claims against

18  Answering Defendants.

19

### SECOND DEFENSE

20       2.    Plaintiff's claims are barred in whole or in part against Answering

21  Defendants because Answering Defendants' alleged statements, if any, were true.

22

### THIRD DEFENSE

23       3.    Plaintiff's claims are barred in whole or in part against Answering

24  Defendants because Plaintiff did not suffer any harms by the conduct of Answering

25  Defendants.

26

### FOURTH DEFENSE

27       4.    Plaintiff's claims are barred in whole or in part against Answering

28  Defendants because Answering Defendants have fully performed or substantially

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

performed under the agreement between the parties.

## FIFTH DEFENSE

5.    Plaintiff's claims are barred in whole or in part against Answering Defendants because Plaintiff failed to mitigate its damages.

## SIXTH DEFENSE

6.    Plaintiff's claims are barred in whole or in part against Answering Defendants under the doctrine of novation.

## SEVENTH DEFENSE

7.    Plaintiff's claims are barred in whole or in part against Answering Defendants as the statements at issue in FAC alleged to be false, the falsity of which Answering Defendant denies, are mere puffery and/or opinions and, therefore, not actionable.

## EIGHTH DEFENSE

8.    Plaintiff is not entitled to punitive  damages against Answering Defendants by statute or common law and/or Plaintiff failed to plead facts sufficient for punitive damages.

## NINTH DEFENSE

8.    Plaintiff is not entitled to attorney's fees against Answering Defendants by statute, common law and/or contract.

## TENTH DEFENSE

9.    Plaintiff's claims are barred in whole or in part against Answering Defendants under the doctrine of waiver, consent, and/or release.

## ELEVENTH DEFENSE

10.    Plaintiff is barred by the doctrine of laches from asserting all of the claims in the FAC for failing to prosecute the claim in a timely manner.

## RESERVATION OF RIGHTS

Answering Defendants have insufficient knowledge or information upon which to form a belief as to whether they may have additional, and as yet unstated

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

affirmative defenses available, and reserves the right to assert such additional defenses in the event that further discovery, investigation or analysis warrants.

### **ANSWERING DEFENDANT'S PRAYER FOR RELIEF**

**WHEREFORE**, each Answering Defendant prays for judgment that:

1.     Plaintiff take nothing by reason of FAC or any claims stated therein;

2.     FAC and each cause of action contained therein be dismissed against each Answering Defendants with prejudice;

3.     Each Answering Defendants recover its costs, disbursements, expenses, and attorneys' fees herein; and

4.     The Court grant such other and further legal and equitable relief as it may deem just and proper.

Dated:  September 11, 2023                          WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP

                                                By:/s/ Peter K. Chu
                                                    Jura C. Zibas
                                                    Peter K. Chu
                                                    Attorney for Defendants
                                                    Vend Limited and Lightspeed
                                                    Commerce, Inc.

///

///

///

///

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**

1

## **DEMAND FOR JURY TRIAL**

2   Defendant/Counterclaimant hereby demands trial by jury on all issues in

3   Complaint/Counterclaims triable to a jury pursuant to F.R.C.P. Rule 38(b).

4

5

6   Dated:  September 11, 2023                      WILSON, ELSER, MOSKOWITZ,
7                                                   EDELMAN & DICKER LLP

8                                                   By:/s/ Peter K. Chu
9                                                      Jura C. Zibas
                                                       Peter K. Chu
10                                                     Attorney for Defendants
11                                                     Vend Limited and Lightspeed
                                                       Commerce, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANTS VEND LIMITED AND LIGHTSPEED COMMERCE INC. (CASE NO. 3:23-cv-02981-LB)**