Pamela K. Fulmer, State Bar No. 154736
Dee A. Ware, State Bar No. 154549
TACTICAL LAW GROUP LLP
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone No.: (415)766-3509
Fax No.: (415) 231-5272
E-Mail: pam@tacticallawgroup.com
　　　　dware@tacticallawgroup.com

Attorneys for Plaintiff RIVER SUPPLY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER SUPPLY, INC., a Pennsylvania Corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; NETSUITE, INC., a Delaware Corporation; SPS COMMERCE, INC., a Delaware corporation; VEND LIMITED, a New Zealand corporation; LIGHTSPEED COMMERCE INC., a Canadian Corporation; APPFICIENCY INC., a Canadian corporation; and Does 1 through 100,<br><br>　　　　Defendants. | **Case No.: 3:23-cv-02981-LB**<br><br>**STATEMENT OF ADDITIONAL AUTHORITIES**<br><br>Hon. Laurel Beeler<br><br>Date: October 5, 2023<br>Time: 9:30 a.m.<br>Ct. Rm. B<br><br>Action Filed: June 16, 2023 |

As the Court instructed during today's hearing, Plaintiff River Supply Inc. respectfully submits the following additional authorities for the Court's consideration relating to the below issues:

**Additional Cases Finding that the Economic Loss Rule Does Not Bar Claims for Fraudulent Inducement**

*Joli Grace, LLC v. Country Visions, Inc.*, CIV. NO.: 2:16-1138 WBS EFB, 2016 U.S. Dist. LEXIS 16544, at *25-26, fn. 6 (E.D.Cal. Nov. 30, 2016)

*Motivo Eng'g, LLC v. Black Gold Farms*. No. 2:22-cv-01447-CAS-JCx, 2023 U.S. Dist. LEXIS 54304, at *16 (C.D.Cal. Mar. 28, 2023)

*SVGRP LLC v. Sowell Fin. Servs., LLC*. No. 16-cv-07302-VKD, 2019 U.S. Dist. LEXIS 25388, at *38-39 (N.D.Cal. Feb. 15, 2019)

*J2 Cloud Servs. v. Fax87*, No. 13-05353 DDP (AJWx), 2016 U.S. Dist. LEXIS 161132, at *13-14 (C.D.Cal. Nov. 18, 2016)

*SPS Techs., LLC v. Briles Aero., Inc.*, No. CV 18-9536-MWF (ASx), 2019 U.S. Dist. LEXIS 219610, at *57-58 (C.D.Cal. Oct. 30, 2019)

*Flexpand, LLC v. Cream, Inc.*, No. C 19-0878 SBA, 2019 U.S. Dist. LEXIS 244170, at *15-17 (N.D.Cal. Aug. 7, 2019)

*White v. FCA US LLC*, No. 22-cv-00954-BLF, 2022 U.S. Dist. LEXIS 146604, at *12 (N.D.Cal. Aug. 16, 2022)

**Cases Allowing Section 17200 Claims to Proceed that Seek Injunctive Relief Because Courts Recognize That Such Relief (Unlike Money Damages) May be the Only Way to Stop a Defendant From Additional Bad Conduct**

*Brooks v. Thomson Reuters Corp.*, No. 21-CV-01418-EMC, 2021 WL 3621837, at *11 (N.D. Cal. Aug. 16, 2021)

*Zeiger v. WellPet LLC*, No. 3:17-CV-04056-WHO, 2021 WL 756109, at *21 (N.D. Cal. Feb. 26, 2021)

*Linton v. Axcess Fin. Servs., Inc.*, No. 23-CV-01832-CRB, 2023 WL 4297568, at *3 (N.D. Cal. June 30, 2023)

DATED: October 5, 2023                    TACTICAL LAW GROUP LLP


By:  /s/ Pamela K. Fulmer
Pamela K. Fulmer
Attorneys for Plaintiff
RIVER SUPPLY, INC.