BASSFORD REMELE, P.A.
BRYCE D. RIDDLE (SBN #309533)
100 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:    612.333.3000
Facsimile: 612.333.8829
Email: briddle@bassford.com

Attorneys for Defendant
SPS COMMERCE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER SUPPLY, INCORPORATED, a Pennsylvania corporation, | CASE NO.:  3:23-cv-02981-LB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO ANSWER AMENDED COMPLAINT** |
| ORACLE AMERICA, INC., a Delaware corporation; NETSUITE, INC., a Delaware corporation; SPS COMMERCE, INC., a Delaware corporation; VEND LIMITED, a New Zealand corporation; LIGHTSPEED COMMERCE, INC., a Canadian corporation; APPFICIENCY, INC., a Canadian corporation; and Does 1 through 100, | |
| Defendants. | |

WHEREAS, on June 16, 2023, Plaintiff  River Supply, Inc.("RSI") filed the Complaint against Defendant SPS Commerce, Inc. ("SPS") and other named defendants in this action;

WHEREAS, on June 18, 2023, RSI filed a First Amended Complaint in this action;

WHEREAS, on July 25, 2023, RSI served SPS's registered agent with a Summons and a copy of the First Amended Complaint;

1

2

3

WHEREAS, on August 15, 2023, RSI and SPS filed a stipulation to extend the time period for SPS to answer or otherwise respond to the First Amended Complaint until August 30, 2023, to allow the parties more time to explore an early resolution.

4

WHEREAS, RSI and SPS reached a settlement agreement in principle;

5

6

WHEREAS, RSI and SPS have filed four stipulations to extend the time period for SPS to answer or otherwise respond to the complaint; and

7

8

9

WHEREAS, on October 13, 2023, RSI and SPS agreed to indefinitely extend the time period for SPS to answer or otherwise respond to the complaint until after the expiration of the deadline to amend the pleadings as set by the Court;

10

WHEREAS, on December 4, 2023, RSI filed an amended complaint;

11

12

WHEREAS, for the sake of clarity, RSI and SPS again agree to indefinitely extend the time period for SPS to answer or otherwise respond to the amended complaint until after the expiration of the deadline to amend the pleadings as set by the Court;

13

14

IT IS THEREFORE STIPULATED by and between the parties, through their respective attorneys of record, that:

15

16

17

1. The deadline for Defendant SPS Commerce, Inc. to answer or otherwise respond to Plaintiff's operative complaint is extended to the day following the deadline set by the Court for all parties to amend their pleadings.

18

**IT IS SO STIPULATED**.

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE TO ANSWER AMENDED COMPLAINT    CASE NO.:  3:23-cv-02981-LB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 27, 2023              TACTICAL LAW GROUP, LLP

By: */s/ Pamela K. Fulmer*
    Pamela K. Fulmer

Attorneys for Plaintiff
RIVER SUPPLY, INC.

Dated:  December 27, 2023              BASSFORD REMELE, P.A.

By: */s/ Bryce D. Riddle*
    Bryce D. Riddle

Attorneys for Defendant
SPS COMMERCE, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Pamela K. Fulmer.

*/s/ Bryce D. Riddle*

STIPULATION TO EXTEND DEADLINE TO ANSWER AMENDED COMPLAINT    CASE NO.:  3:23-cv-02981-LB