Pamela K. Fulmer, State Bar No. 154736
Dee A. Ware, State Bar No. 154549
TACTICAL LAW GROUP LLP
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone No.: (415)766-3509
Fax No.: (415) 231-5272
E-Mail: pam@tacticallawgroup.com
dware@tacticallawgroup.com

Attorneys for Plaintiff RIVER SUPPLY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER SUPPLY, INC., a Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; NETSUITE, INC., a Delaware Corporation; SPS COMMERCE, INC., a Delaware corporation; VEND LIMITED, a New Zealand corporation; LIGHTSPEED COMMERCE INC., a Canadian Corporation; and Does 1 through 100,<br><br>    Defendants. | **Case No.: 3:23-cv-02981-LB**<br><br>**STIPULATED DISMISSAL OF DEFENDANT SPS COMMERCE, INC. WITH PREJUDICE**<br><br>Hon. Laurel Beeler |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed between Plaintiff River Supply, Inc. ("RSI"), and SPS Commerce, Inc. ("SPS") that the claims against SPS shall be dismissed in their entirety with prejudice.  By her signature below, counsel for RSI hereby attests that all parties listed below concur in the filing of this document.

DATED: September 26, 2024          TACTICAL LAW GROUP LLP


                                   By:  /s/ Pamela K. Fulmer
                                        Pamela K. Fulmer
                                        Attorneys for Plaintiff
                                        RIVER SUPPLY, INC.

DATED: September 26, 2024          BASSFORD REMELE, P.A.


                                   By:  /s/ Bryce D. Riddle
                                        Bryce D. Riddle
                                        Daniel R. Olson
                                        Attorneys for Defendant
                                        SPS Commerce, Inc.

PURSUANT TO STIPULATION  IT IS SO ORDERED:

Dated: September 27, 2024          _____

                                   Magistrate Judge Laurel Beeler