Pamela K. Fulmer, State Bar No. 154736
Dee A. Ware, State Bar No. 154549
TACTICAL LAW GROUP LLP
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone No.: (415)766-3509
Fax No.: (415) 231-5272
E-Mail: pam@tacticallawgroup.com
dware@tacticallawgroup.com

Attorneys for Plaintiff RIVER SUPPLY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIVER SUPPLY, INC., a Pennsylvania Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ORACLE AMERICA, INC., a Delaware corporation; NETSUITE, INC., a Delaware Corporation; SPS COMMERCE, INC., a Delaware corporation; VEND LIMITED, a New Zealand corporation; LIGHTSPEED COMMERCE INC., a Canadian Corporation; and Does 1 through 100,<br><br>        Defendants. | **Case No.: 3:23-cv-02981-LB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Laurel Beeler |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff River Supply, Inc. ("RSI"), by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

Unserved Defendants have not answered or moved for summary judgment.

DATED: September 27, 2024           TACTICAL LAW GROUP LLP


By:  /s/ Pamela K. Fulmer
Pamela K. Fulmer
Attorneys for Plaintiff
RIVER SUPPLY, INC.